FILED
09/16/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 4/19/2022)

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Indiana

(Full name of plaintiff(s))

Melvin Wes Harney

v.

Case Number:

2:22-cv-00407-JRS-DLP

(to be supplied by clerk of court)

(Full name of defendant(s))

Parole SPA Zachary Schultz
Charles F. Miller, Mia E Kelsaw
Frederick A. Medley, James W. Shaffer
Thor R. Miller

A. PARTIES

1. Plaintiff is a citizen of Indiana (State), and is located at

I.S.F. 1946 West US 40 Greencastle IN 46135
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant Parole Officer Z. Schultz,
(Name)

is (if a person or private corporation) a citizen of Indiana
(State, if known)

and (if a person) resides at N/A
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Parole District (PD3) 6400 E. 30th Street Indianapolis, IN 46219
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

My Parole Officer SPA Zachary Schultz, violated me on Rule 10 Failure to Follow Agent instructions, Parole Officer Z Schultz gave me permission to work setup event only duing non business hours, but then he turned around and says that he told me that i could not be allowed, to be at the convention Center at "all" due to Gen Con, I Know nothing about that statement that I was not allowed at all to work in the Convention Center, until i was sent back to, I.S.F Prison For this Parole violation, in Sep 1, 2019, at that time every Case Manager i had told me they could not give me

My Parole Officer Zachary Schultz, progress Note on me until Jan 18, 2022, My Case Manager Montgomery, went in to My Parole Officer File and gave me the progress notes on why he violated my Parole, and that's when i discover how he constantly contradicted his statement, That he gave me permission to work at the Convention Center, Then on another Progress Note, he say's i could not be at the Convention Center at all, meaning it does n't matter if it's, non business hours, are business hour's Once i became aware of his contradiction's, on Jan 18, 2022, i File this Lawsuit, Officer Zachary Schultz Parole Agent did not want to acknowledge that i had no Sex case

against children, That the agreement i made with the state, on The PLea Agreement Contract say's nothing about, That i can not be around children, are that i can not Live around, park's school's, Daycare, are that i can not see my grand children, This is VioLating The agreement, That plaintiff Harney made with the state, Parole Officer Z, Schultz refuse to remove me, off The Sexual Predator Register, That came effective after i was sentence

C. JURISDICTION

- [x] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

- [ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $__________.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

To be removed off of Parole,
To be removed off of Registering as a Sexual Predator

E. JURY DEMAND

☐ Jury Demand - I want a jury to hear my case
OR

☐ Court Trial – I want a judge to hear my case

Dated this________day of Sep 15 20 22.

Respectfully Submitted,

Melvin Wes Harney
Signature of Plaintiff

973325
Plaintiff's Prisoner ID Number

Putnamville Corr Facility
1946 West US Highway 40-Greencastle, In 46135
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F. OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

Melvin Wes Harney
Signature of Plaintiff

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE

## FILING FEE

- [x] I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

- [ ] I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.